UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>NICOLE TRICHLER,<br><br>      Defendant/Judgment Debtor,<br><br>  v.<br><br>COMMUNITY HOUSE MENTAL HEALTH CENTER,<br><br>      Garnishee. | CASE NO. 2:23-mc-00012-LK<br><br>ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT |

    This matter comes before the Court on the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor Nicole Trichler from Community House Mental Health Center, the Garnishee. Dkt. No. 1. The Court denies the application without prejudice because it contains some errors that render it inconsistent with the requirements of 28 U.S.C. § 3205.

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 1

That statute requires that the application for a writ of garnishment and the writ include the debtor's last known address. 28 U.S.C. § 3205(b)(1)(A), (c)(2)(D). But here the application and proposed writ contain three different addresses. Dkt. No. 1 at 1; Dkt. No. 1-4 at 1–2. And the writ must contain instructions "to the judgment debtor," 28 U.S.C. § 3205(c)(3)(B), but the Notice to the Defendant includes the wrong debtor's name and other seemingly incorrect information. Dkt. No. 1-2 at 2.[1]

Therefore, the application, Dkt. No. 1, is DENIED without prejudice.

Dated this 1st day of March, 2023.

Lauren King
United States District Judge

---

[1] In addition, the supporting declaration states that Exhibit 1, the judgment in the criminal case, is attached to the declaration but it is instead attached directly to the application for the writ. Dkt. No. 1-1 at 2; Dkt. No. 1 at 3–11.

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 2