**The Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE TRICHLER,<br><br>    Defendant/Judgment Debtor,<br><br>    and<br><br>COMMUNITY HOUSE MENTAL HEALTH AGENCY,<br><br>    Garnishee. | NO. 2:23-MC-00012-JLR<br><br>    (2:16-CR-00327-JCC-2)<br><br>**[Proposed] Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee Community House Mental Health Agency has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Community House Mental Health Agency, filed its Form Answer on December 20, 2023, stating that at the time of service of the Writ, Defendant/Judgment Debtor Nicole Trichler was an active employee who was paid every two weeks. Garnishee further stated that

*[PROPOSED]* **CONTINUING GARNISHMENT ORDER**
USDC#: 2:23-MC-00012-JLR / 2:16-CR-00327-JCC-2 - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

it also holds a 403(b) plan account belonging to Ms. Trichler with a balance of $4,869.30 as of December 18, 2023 [doc No. 10 at 3].

After notification that the garnishment proceeding was served on the Garnishee and Defendant/Judgment Debtor Trichler on or about October 30, 2023, and November 22, 2023, respectively, Ms. Trichler has not requested a hearing to determine exempt property or any other objection as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Community House Mental Health Agency, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Nicole Trichler, upon each period of time when Defendant/Judgment Debtor Trichler is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Trichler's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.  The non-exempt earnings equal 25 percent of Ms. Trichler's disposable (after-tax) earnings and includes all monies required to be previously withheld by the Garnishee after service of the Writ of Garnishment on October 30, 2023, in accordance with the Writ of Continuing Garnishment;

That the Garnishee shall also pay the full balance of Ms. Trichler's 403(b) plan account that she is presently entitled to withdraw (as identified in

*[PROPOSED]* CONTINUING GARNISHMENT ORDER
USDC#: 2:23-MC-00012-JLR / 2:16-CR-00327-JCC-2 - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Garnishee's Form Answer) to the Clerk of Court, less any legally required tax withholdings paid directly to the Internal Revenue Service;

That such payments shall be applied to Defendant/Judgment Debtor Nichole Trichler's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the Garnishee shall make such payments via check, payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:16-CR-00327-JCC-2 and 2:23-MC-00012-JLR, and deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this 26th day of April, 2024.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

*[PROPOSED]* CONTINUING GARNISHMENT ORDER
USDC#: 2:23-MC-00012-JLR / 2:16-CR-00327-JCC-2 - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970